UNITED STATES DISTRICT COURT
 DISTRICT OF NEW JERSEY
---------------------------------------------------------------X

 H.W. WEIDCO/STER LLC,

                              Plaintiff,          Docket No.: 26-CV-5534

        -against-                        **NOTICE OF APPEARANCE**

 WESTCHESTER SURPLUS LINES INSURANCE
 COMPANY.

                              Defendant.
----------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

Enter my appearance as counsel in this case for Plaintiff H.W. WEIDCO/STER LLC.

I certify that I am admitted to practice in this Court.


Dated: Croton on Hudson, New York
        May 15, 2026

                              By: ___*Jack Glanzberg*_____
                              JACK GLANZBERG, ESQ.
                              Glanzberg Law Firm, PLLC
                              *Attorneys for Plaintiffs*
                              420 S. Riverside Avenue, #240
                              Croton on Hudson, NY 10520
                              (718) 569-7757


TO:   **Via ECF**
       Finazzo Cossolini O'Leary Meola & Hager, LLC
       *Attorneys for Defendant*