**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| H.W. WEIDCO/STER LLC,<br><br>        Plaintiff(s),<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES<br>INSURANCE COMPANY.<br><br>        Defendant. | Civil Action No.: 2:26-cv-5534-JKS-JBC |

**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE,**
**OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)**

Application is hereby made for a Clerk's Order extending the time within which Defendant Westchester Surplus Lines Insurance Company ("Westchester") may answer, move or otherwise reply to the Complaint filed by Plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process of the original action filed in the Superior Court of New Jersey, County of Bergen, was achieved on April 15, 2026;

3. This matter was removed on May 15, 2026;

4. Time to Answer, Move or otherwise Reply to the Complaint expires on May 22, 2026; and

5. Westchester's time to Answer, Move or otherwise Reply to the Complaint would be automatically extended for a period of two weeks to June 5, 2026.

Dated:  May 15, 2026

                                      **FINAZZO COSSOLINI O'LEARY**
                                      **MEOLA & HAGER, LLC**

                                  By:  */s/ Rachel R. Hager*_____
                                        RACHEL R. HAGER, ESQ.
                                        180 Park Avenue, Suite 202
                                        Florham Park, New Jersey 07932
                                        (973) 343-4960
                                        rachel.hager@finazzolaw.com
                                        *Attorneys for Defendant*
                                        *Westchester Surplus Lines Insurance*
                                        *Company*

**ORDER**

The above application is ORDERED GRANTED extended to _____.

ORDER DATED: _____

                                        MELISSA E. RHOADS, ESQ., Clerk


                                        By: _____
                                             Deputy Clerk

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May 2026, I electronically filed the attached Application for Extension of Time pursuant to Local Rule 6.1(b), and a copy was sent via electronic filing to the following counsel of record:

Jack Glanzberg, Esq.
**GLANZBERG LAW FIRM, PLLC**
420 S. Riverside Avenue, #240
Croton on Hudson, New York 10520
(718) 569-7757
jack@glanzlaw.com
*Attorneys for Plaintiff*

> */s/ Rachel R. Hager*
> RACHEL R. HAGER, ESQ.

3