**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| H.W. WEIDCO/STER LLC,<br><br>    Plaintiff(s),<br><br>vs.<br><br>WESTCHESTER SURPLUS LINES<br>INSURANCE COMPANY.<br><br>    Defendant. | Civil Action No.: 2:26-cv-5534-JKS-JBC |

**NOTICE OF APPEARANCE OF JEREMY G. WEISS, ESQ.**

Kindly enter the appearance of Jeremy G. Weiss, Esq., of the law firm Finazzo Cossolini O'Leary Meola & Hager, LLC, as counsel of record for WESTCHESTER SURPLUS LINES INSURANCE COMPANY in the captioned matter. The undersigned requests notice of all pleadings, hearings and other matters that pertain to this case.

Dated: May 15, 2026

**FINAZZO COSSOLINI O'LEARY**
**MEOLA & HAGER, LLC**

By: */s/ Jeremy G. Weiss*_____
    JEREMY G. WEISS, ESQ.
    180 Park Avenue, Suite 202
    Florham Park, New Jersey 07932
    (973) 343-4960
    jeremy.weiss@finazzolaw.com
    *Attorneys for Defendant*
    *Westchester Surplus Lines Insurance*
    *Company*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2026, I caused a true and complete copy of the annexed Notice of Appearance to be electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and caused a copy of same to be served via electronic filing upon the following counsel of record:

Jack Glanzberg, Esq.
**GLANZBERG LAW FIRM, PLLC**
420 S. Riverside Avenue, #240
Croton on Hudson, New York 10520
(718) 569-7757
jack@glanzlaw.com
*Attorneys for Plaintiff*

/s/ Jeremy G. Weiss
JEREMY G. WEISS, ESQ.

2